UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DESIREE' MORRISON (#300195)

VERSUS

JIM ROGERS, ET AL.

CIVIL ACTION

NO. 11-585-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 20, 2012 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment (doc. no. 7) is DENIED, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, February 15, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA