UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DESIREE MORRISON (#300195)

VERSUS

JIM ROGERS, ET AL.

CIVIL ACTION

NO. 11-585-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Docia L. Dalby dated August 3, 2012 (doc. no. 26). The plaintiff filed an objection which essentially restates her prior argument and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion for summary judgment (doc. no. 22) is DENIED. Further, summary judgment is GRANTED, sua sponte, in favor of defendants, dismissing the plaintiff's claims, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 5th day of September, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE